FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 OCT -3 PM 3:32

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

WILSON YOUNG RENTALS, )
 )
   Plaintiff, )
 )
v. ) Case No. CV405-153
 )
MELINDA L. REDENBURG, )
 )
   Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 3RD day of OCTOBER, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA